**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------   x
 CHAVA HERMAN,                                            :
on behalf of plaintiff and a class,                      :
                                                         :      13-cv-4831
                        Plaintiff,                       :
                                                         :      PARTIES' PROPOSED EXPERT
               vs.                                       :      DISCOVERY PLAN
                                                         :
COLLECTO INC., and                                       :
US ASSET MANAGEMENT INC.,                                :
                                                         :
                        Defendants.                      :
------------------------------------------------------   x
```

1.      Plaintiff does not intend to retain any experts.

2.      Defendant does not intend to retain any experts.

PLAINTIFF CHAVA HERMAN            DEFENDANTS COLLECTO, INC.
                                 AND US ASSET MANAGEMENT, INC.


s/Tiffany N. Hardy               s/Jonathan D. Elliot
Tiffany N. Hardy                 Jonathan D. Elliot
Edelman Combs Latturner &        Zeldes, Needle & Cooper, P.C.
        Goodwin, LLC             1000 Lafayette Blvc., Suite 500
120 S. LaSalle Street, St. 1800  Bridgeport, CT 06604
Chicago, IL 60603                (203) 333-9441
(312) 739-4200                   (203) 333-1489 (FAX)
(312) 419-0379 (FAX)


Abraham Kleinman
KLEINMAN, LLC
626 RXR Plaza
Uniondale, New York  11556-0626
(516) 522-2621
(888) 522-1692 (FAX)


SO ORDERED.


Dated:
        White Plains, New York       _____
                                     CATHY SEIBEL, U.S.D.J.
```

1
```

## <u>CERTIFICATE OF SERVICE</u>

I, Tiffany N. Hardy, hereby certify that on March 14, 2014, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification to the following parties:

Abraham Kleinman
akleinman@kleinmanllc.com

Jonathan D. Elliot
jelliot@znclaw.com

s/Tiffany N. Hardy
Tiffany N. Hardy

2